# United States District Court
## Violation Notice

CVB Location Code: WGT

**Violation Number:** 3396587
**Officer Name (Print):** F. Young
**Officer No.:** 2567

3396587

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/15/15 1835
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code — 36 CFR 2.15(a)(1)

**Place of Offense:** Snake River

**Offense Description; Factual Basis for Charge:** Dog in the backcountry

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Bunnett
**First Name:** Jeffrey
**M.I.:** J

**Tag No.:** 7KMU624
**State:** CA
**Year:**
**Make/Model:** Range Rover
**PASS:**
**Color:** Silver

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

**Court Address:** U.S. DISTRICT COURT BUILDING, 145 EAST SIMPSON, JACKSON, WY 83001, 307-733-4126
**Date (mm/dd/yyyy):** 09/29/15
**Time (hh:mm):** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

[Rev. 01/2011]   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB Scan AUG 27, 2015 09:02
CVB Scan AUG 27, 2015 09:02